IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID MICHAEL MANSFIELD,

    Plaintiff,

   v.                                      No. 17-CV-00816-KG-GBW

FNU FLOREZ and FNU HERNANDEZ,

    Defendants.

## **FINAL JUDGMENT**

Pursuant to rule 58(a) of the Federal Rules of Civil Procedure, and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case,

IT IS THEREFORE ORDERED that this civil proceeding is dismissed without prejudice.

                                          _____
                                          UNITED STATES DISTRICT JUDGE